IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ROSEMARY BLAKES,**                                                                                          **PLAINTIFF**
**ADC #705058**

**V.**                                   No. 1:12-cv-00073 KGB

**ERNEST WINKLES**                                                                                            **DEFENDANT**

## JUDGMENT

Pursuant to the Order of Dismissal entered on this day, this case is hereby dismissed without prejudice.

SO ORDERED this 6th day of September, 2012.

*/s/ Kristine G. Baker*
_____
Kristine G. Baker
United States District Judge