**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**ROSEMARY BLAKES,**                                                                       **PLAINTIFF**
**ADC #705058**

**V.**                                    No. 1:12-cv-00073 KGB

**ERNEST WINKLES**                                                                           **DEFENDANT**

## JUDGMENT

Pursuant to the Order of Dismissal entered on this day, this case is hereby dismissed without prejudice.

SO ORDERED this 6th day of September, 2012.

_____
Kristine G. Baker
United States District Judge